```
GEOFFREY E. WIGGS (CA SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>    MARIA G MORA,<br><br>                Debtor. | Case No. 24-50059 SLJ 13<br><br>Chapter 13<br><br>**DEBTOR'S *EX PARTE* MOTION TO VACATE ORDER DISMISSING CHAPTER 13 CASE** |

DEBTOR'S *EX PARTE* MOTION TO VACATE ORDER DISMISSING CHAPTER 13 CASE

    Ddebtor, by her counsel, hereby moves pursuant to Federal Rules of Bankruptcy Procedure 9023 and 9024 that the Court enters an Order vacating the Order dismissing her case entered on February 5, 2024.

In support of her motion Counsel herein avers:

1. Debtor filed the instant case on January 19, 2024 as an Emergency Skeleton filing. Docket #1.

2. On January 19, 2024, the Court Ordered the outstanding documents filed by February 2, 2024. Docket # 4.

3. On February 1, 2024, Counsel herein believed to have filed all requisite documents pursuant to the Court's Order a day early. Docket #10, #11.

4. An Order for Dismissal was entered on February 5, 2024 by the Court for failure to file required documents. Docket #17.

5. After receiving the Order and reviewing the docket, Debtor's Counsel discovered that, due to a software error, Debtor's Forms 122C-1 and 122C-2 were mistakenly omitted from filing.

6. Debtor's Forms 122C-1 and 122C-2 are filed concurrently herewith and are also attached to the instant Motion. Exhibit 1.

7. The Debtor will suffer extreme hardship and unnecessary expense if the Order dismissing her case is not vacated, in that she will lose the protection of the automatic stay, and her ability to reorganize will be adversely affected.

WHEREFORE, the debtor prays that the Order dismissing her case be vacated and the reinstatement of the automatic stay as to all creditors.

Respectfully submitted,

Dated: February 6, 2024                        **LAW OFFICES OF GEOFF WIGGS**

                                                /s/ GEOFFREY E. WIGGS
                                                GEOFFREY E. WIGGS, Attorney for Debtor

- 2 -