

GEOFFREY E. WIGGS (CA SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

The following constitutes the order of the Court.
Signed: February 8, 2024

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA –SAN JOSE DIVISION

In re: ) Case No. 24-50059 SLJ 13
)
MARIA G MORA, ) Chapter 13
)
Debtor. ) **ORDER ON DEBTOR'S *EX PARTE*
) MOTION TO VACATE ORDER
) DISMISSING CHAPTER 13 CASE**
)

Debtor's *Ex Parte* Motion to Vacate Order Dismissing Chapter 13 Case was filed with the Court on February 6, 2024 as Docket #21.

Good cause appearing, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. The Court's order, entered on February 5, 2024, dismissing Debtor's chapter 13 case is VACATED;

2. Reinstatement of the case restores the automatic stay only prospectively from the date of entry of this order. In re Sewell, 345 B.R. 174 (B.A.P. 9th Cir. 2006).

** END OF ORDER **

- 1 -

**ORDER ON MOTION TO VACATE DISMISSAL**

CASE # 24-50059

COURT SERVICE LIST

*NONE*

**ORDER ON MOTION TO VACATE DISMISSAL**

CASE # 24-50059